[Cite as *State v. Young*, 2020-Ohio-2898.]

# IN THE COURT OF APPEALS

# ELEVENTH APPELLATE DISTRICT

# LAKE COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO,<br>PEOPLE OF THE CITY OF<br>PAINESVILLE, | : | **PER CURIAM OPINION** |
| | : | |
| Respondent, | : | **CASE NO. 2020-L-048** |
| | : | |
| - vs - | : | |
| | : | |
| RONALD YOUNG, | : | |
| | : | |
| Petitioner. | : | |

Original Action for Writ of Habeas Corpus.

Judgment: Petition dismissed.

*Charles E. Coulson*, Lake County Prosecutor, Lake County Administration Building, 105 Main Street, P.O. Box 490, Painesville, OH 44077 (For Respondent).

*Ronald Young*, pro se, Macomb County Jail, P.O. Box 2308, Mt. Clemens, MI 48043 (Petitioner).


PER CURIAM.

{¶1}   Before this court is an "Application for Writ of Habeas Corpus by a Prisoner in County Custody," filed by Ronald Young on April 6, 2020. The application is a one-page form apparently for use by county prisoners in the state of Michigan. Mr. Young provides that he is presently incarcerated in the Macomb County Jail located in the city of Mount Clemens, Michigan.

{¶2} This court does not have jurisdiction to grant habeas corpus relief to a prisoner being held in the state of Michigan. *See* R.C. 2725.03 ("no court or judge other than the courts or judges of the county in which the institution is located has jurisdiction to issue or determine a writ of habeas corpus for his production or discharge").

{¶3} Accordingly, this petition is dismissed, sua sponte, for lack of subject matter jurisdiction. *Rockwell v. Geauga Cty. Court of Common Pleas*, 11th Dist. Geauga No. 2005-G-2661, 2005-Ohio-5762, ¶5, citing *Bridges v. McMacklin*, 44 Ohio St.3d 135 (1989) ("if the inmate fails to bring the case in the proper county, the case must be dismissed because the court lacks the jurisdiction to go forward on the matter").

{¶4} PETITION DISMISSED.


TIMOTHY P. CANNON, P.J., THOMAS R. WRIGHT, J., MARY JANE TRAPP, J., concur.